# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Marvin Marco Graham,

       Petitioner,                        JUDGMENT IN A CIVIL CASE

vs.                                          3:07-cv-417

United States of America,

       Respondent.

DECISION BY COURT.  This action having come before the Court by Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 § 2255 and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 29, 2010 Order.

                                                Signed: January 29, 2010

Frank G. Johns, Clerk
United States District Court